IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-2-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER TO SEAL** |
| ) | |
| JOSEPH HOWARD WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

Before the court is the Government's motion to file docket entry number 26 and its accompanying Order under seal pursuant to Local Criminal Rule 55.2. [DE 27]. For good cause shown, the motion is ALLOWED and docket entry number 26 shall be filed under seal.

SO ORDERED.

This the 1st day of December, 2016.

JAMES C. FOX
Senior United States District Judge