UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:15-CR-2-BO

UNITED STATES OF AMERICA

**ORDER**

JOSEPH HOWARD WILLIAMS,
    Defendant.

On motion of the Defendant, Joseph Howard Williams, and for good cause shown, it is ORDERED that Docket Entry 38 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 38.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the ___16___ day of August 2017.

TERRENCE W. BOYLE
United States District Judge